FILED
APR 20 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD M. MOLSONE,

    Petitioner,

v.

ERIC ARNOLD,

    Respondent.

No. C 15-00524 EJD (PR)

ORDER OF DISMISSAL

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner has paid the filing fee.

## DISCUSSION

A second or successive petition containing previously raised or new claims may not be filed in the district court unless the petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A).

It appears that the instant habeas petition is second or successive because Petitioner filed a prior habeas petition in this district, see Molsone v. Bunnell, Case No. 90-00077 MHP (PR), which challenged the same state conviction of first-degree murder

on the grounds that his confession was coerced. Petitioner now argues that he is entitled to federal habeas relief because his sentence is an unlawful application of the applicable law and because his sentence is improperly based on uncharged offenses. However, before a second or successive petition may be filed in the district court, Petitioner must first obtain an order from the Ninth Circuit Court of Appeals authorizing this Court to consider a renewed challenge to his state conviction. See 28 U.S.C. § 2244(b)(3)(A). Accordingly, the instant petition must be dismissed in its entirety as second and successive.

## CONCLUSION

For the foregoing reasons, the instant petition for a writ of habeas corpus is DISMISSED without prejudice as second and successive. Petitioner may file another petition in this Court if he obtains the necessary order from the Ninth Circuit.

No certificate of appealability is warranted in this case. See Rule 11(a) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 (requiring district court to rule on certificate of appealability in same order that denies petition). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

DATED: 4/20/15

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD M. MOLSONE,

        Petitioner,

v.

ERIC ARNOLD,

        Respondent.

Case Number CV 15-00524 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/20/15_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Edward M. Molsone**
D-13127
CSP-Solano III 4-108-L
PO Box 4000
Vacaville, CA 95696-4000

DATED: _____4/20/15_____

Richard W. Wieking, Clerk
Elizabeth Garcia, Deputy Clerk